UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

|  |  |  |
|---|---|---|
| _____ | ] | |
| | ] | |
| In re FEDEX GROUND PACKAGE | ] | Cause No. 3:05-MD-527 RM |
| SYSTEM, INC., EMPLOYMENT | ] | (MDL-1700) |
| PRACTICES LITIGATION | ] | |
| | ] | THIS DOCUMENT RELATES |
| _____ | ] | TO ALL CASES |

OPINION AND ORDER

For the reasons stated in open court on September 26 at the first pretrial conference, the court hereby DENIES any pending motion to stay and/or motion for enlargement of time in anticipation of the upcoming scheduling order.

SO ORDERED.

DATED: September 27, 2005

/s/ Robert L. Miller, Jr.
The Honorable Chief Judge
United States District Court

cc: all counsel